UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Srikanth Sreedhar

Write the full name of each plaintiff.

-against-

Any defendant deemed appropriate by the Court including Employers (AECOM / Parsons Corporation), US Govt, United States Supreme Court Clerk, Judicial Conference in D.C., US Dist Court for MA Clerk, US Court of Appeals First Circuit Clerk, Northeast Housing Court Clerk in Massachusetts, Attorney General's Office in Massachusetts, ARIZONA STATE UNIVERSITY, UNIVERSITY OF FLORIDA, NITK, MANGALORE UNIVERSITY, LEHIGH UNIVERSITY, PRINCETON UNIVERSITY

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

1:25-CV-02213-UA
(Include case number if one has been assigned)

**AMENDED COMPLAINT**

Do you want a jury trial?
☑ Yes   ☐ No

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 1/9/17

## I. BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

- ☑ **Federal Question**
- ☑ **Diversity of Citizenship**

### A. If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?
SAME AS IN THE CRIMINAL CASE against Devyani Khobragade still OPEN in SNDY now
and several other statues that I mentioned already in 1. 25-CV-0407  2. 25-CV-0482
3. 25-CV-0522  4. 25-CV-0699  5. 25-CV-1853  6. 25-CV-2213

### B. If you checked Diversity of Citizenship

1. Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, __SRIKANTH SREEDHAR__, is a citizen of the State of
(Plaintiff's name)

__NEW YORK__
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

If the defendant is an individual:

The defendant, _____ , is a citizen of the State of
(Defendant's name)

_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____ .

If the defendant is a corporation:

The defendant, **AS DETERMINED BY COURT** , is incorporated under the laws of the State of **SEVERAL STATES**

and has its principal place of business in the State of _____

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____ .

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

| SRIKANTH | | SREEDHAR |
|---|---|---|
| First Name | Middle Initial | Last Name |

**1-15-49/355**
Street Address

| Dr A S Rao Nagar | TS, INDIA | 500062 |
|---|---|---|
| County, City | State | Zip Code |

| | Srikanth.Officially@gmail.com |
|---|---|
| Telephone Number | Email Address (if available) |

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:
Several Defendants          including United States Govt
First Name                  Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City                State               Zip Code

Defendant 2:
First Name                  Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City                State               Zip Code

Defendant 3:
First Name                  Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City                State               Zip Code

Defendant 4: _____
             First Name              Last Name

_____
Current Job Title (or other identifying information)

_____
Current Work Address (or other address where defendant may be served)

_____
County, City           State           Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: New York

Date(s) of occurrence: 2008-PRESENT

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

QUOTE from the Court's Order
Plaintiff should only file amended complaints if facts exist to show that:
(1) he can state a plausible claim against a named defendant; (2) this Court has jurisdiction
of the claims; and (3) that this Court is a proper venue for those claims.
UNQUOTE

The Court is deflecting attention from the CRIMINAL CASE against Devyani Khobragade that is currently pending in SDNY by asking me to amend the complaints only if the above conditions are satisfied.

The Court has SUO MOTU made a UNILATERAL reference to USCIS as if the Court is the Attorney of the United States Govt rather than an IMPARTIAL and INDEPENDENT Body.

It is true that the Judges are appointed by the United States of America's people through the elected Representatives. Yet, the Judges are INDEPENDENT once appointed and have no FEAR that they will lose their job if they speak up against the United States Govt when facts that are based on credible evidence are brought to the notice of the Court.

Yet, we find this strange situation where the Court is CLEARLY trying to steer the case towards USCIS when it is the US STATE DEPT that started the Criminal Action against

Devyani Khobragade.

Thus, the court is undermining my case and denying me a credible opportunity to inform the GRAND JURY in the CRIMINAL MATTER the facts that could potentially exculpate Devyani Khobragade. This is a very strange behaviour by the Court and this is happening only because the Plaintiff is the UNITED STATES GOVT itself.

Whether I'm a NEW YORK CITIZEN or not to start a case in SDNY is really IRRELEVANT because it is a CRIMINAL CASE where I have the right to present authentic documents that bring to light possible 'BRADY VIOLATIONS' by the Prosecutors in the Criminal Matter against Khobragade.

Yet, the Court has brought up the issue of my LOCATION, which clearly establishes the EAGERNESS of the Court to steer the case AWAY from the CRIMINAL CASE against Devyani Khobragade.

However, since the Court has indeed raised the issue of LOCATION, it is relevant to bring to the knowledge of the court once again that I DID NOT require any VISA to visit Lake Placid, NY when I was located in Canada but needed a visa to return to Boston, MA from Canada. My credit card number is 4128003333467846 and the Court may ask CITI BANK (Citibank PO Box 6500, Sioux Falls, SD 57117) to furnish the court with the credit card statements for the year 2008 to satisfy themselves that I was indeed in Lake Placid, NY with CO WORKERS Steve Nicaise and Kim Gannon.

The Court is actively deflecting attention from the CONTRACT that was signed between me and the employer, on the basis of which the US Consulate in Montreal, Canada. When Devyani Khobragade could be ARRESTED, JAILED, STRIP / CAVITY SEARCHED for not honoring the contract that she signed with the maid for the issue of the visa, then it clearly means that I'm a US CITIZEN as the contract in my case CLEARLY stated that I'm a US CITIZEN and the Consulate issued the visa. So, why should I take it lying down when the Court uses its OFFICIAL PLATFORM to set a wrong narrative by bringing the USCIS in the picture when it is the US Consulate and the UNITED STATES GOVT that must answer in the CRIMINAL CASE against Devyani Khobragade in SDNY?

I have the RIGHT to inform the CHIEF JUDGE of SDNY by ANY MEANS including by EMAIL about the facts that could have a bearing in a CRIMINAL CASE in SDNY.

Which Court in the WORLD in a GENUINE DEMOCRACY shuts DOORS on individuals who wish to meet the Judge to give EVIDENCE that the Police or the Law Enforcement agencies are withholding from the Court and the Defendant?

Yet, the CHIEF JUDGE refused to inform the GRAND JURY that I have given to the Court the WRITTEN STATEMENT of the US ATTORNEY himself, who has admitted that the STRIP / CAVITY SEARCH could have and SHOULD HAVE been avoided.

This attitude of the Court is not UNIQUE as borne out by the following facts in other cases involving Indian Litigants / victims:

1) When a cop's speeding car HIT a Indian Student in Seattle, WA and hurled her into air to land 40 feet way and died, the subsequent AUDIO CLIPS showed the cops laughing and saying that the INDIAN STUDENT IS NOT A US CITIZEN and will get COMPENSATION and the matter will be CLOSED. A human being has died. A Family has lot their daughter and this is the sensitivity shown by the Cops and the Judiciary.

2) My friend was BUTCHERED TO DEATH by stabbing over THIRTY TIMES. University of Florida's Police Dept speculated that he was killed either during or immediately after Sex. Yet, the Police refused to gather the DNA samples from the lower part of my friend's body after his murder. This clearly establishes INTENT to cover up the murder.

3) Devyani Khobragade is a high ranking official representing the GOVT OF INDIA. She was subjected to illegal STRIP / CAVITY SEARCH. When someone in such a High Position in Govt of India could be treated this way despite the cloak of Diplomatic Immunity and the reciprocal Courtesies that the US Govt Officials get in INDIA when posted there, then what CHANCE do ORDINARY people of India have to get JUSTICE in the United States?

So, it begs the Question: How come the MAID was able to sail through the Maze that is the US JUDICIARY so easily?

Clearly, the UNITED STATES GOVT had some STRATEGIC objectives and used the MAID to achieve them. How else could the MAID get access to justice to sue Devyani Khobragade in CIVIL ACTION NO.
 1:18-cv-11134 when I faced SABOTAGE in the US Dist Court for MA and the Northeast Housing Court in Massachusetts and failed to make the US GOVT AND THE EMPLOYER come to the FEDERAL COURT after they claimed that the NORTHEAST HOUSING COURT does not have Jurisdiction? The Housing Court in Massachusetts is a FULL FLEDGED TRIAL COURT. So, the question of the Housing Court not having JURISDICTION in the matter of ACCESS to one's home simply does not arise because the HOUSING COURT IN MASSACHUSETTS is not about landlord - tenant issues alone but about ALL RESIDENTIAL HOUSING Issues where the Housing Laws are intertwined with Immigration laws.

Thus, clearly, I have not been able to make the US GOVT AND THE EMPLOYER accountable in the Court. Yet, the MAID had it SO EASY. This fact must be made known to the GRAND JURY. Hence, the FACTS that I presented to the SDNY in 1. 25-CV-0407, 2. 25-CV-0482, 3. 25-CV-0522, 4. 25-CV-0699, 5. 25-CV-1853, 6. 25-CV-2213 must be brought to the notice of the GRAND JURY in the CRIMINAL CASE against Khobragade, which is the real PURPOSE in filing the case in SDNY.

Whereas SDNY protected the Maid's ANONYMITY in litigation in SDNY in CIVIL ACTION NO. 1:18-cv-11134, the Court refused to protect my PRIVACY on the INTERNET even when there is PROOF that the employer ALREADY RETALIATED via KPMG by filing WRONG TAX RETURNS in Canada and even when I am a VICTIM OF STALKING, who is being maligned on the INTERNET in a case of MURDER of a Student at NITK to make an EXAMPLE out of me to DETER OTHERS from raising voice.

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

Violation of right to vote, right to livelihood, right to safe housing, etc.

**IV. RELIEF**

State briefly what money damages or other relief you want the court to order.

I request the Court to direct the Clerk of SDNY to immediately inform me the CORRECT CRIMINAL CASE NUMBER in which the United States Govt brought CRIMINAL CHARGES against Devyani Khobragade for the GRAND JURY to RE INDICT her so that I can make filings in that case.

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| 5/9/25 | *[signature]* |
|---|---|
| Dated | Plaintiff's Signature |

| Srikanth | | Sreedhar |
|---|---|---|
| First Name | Middle Initial | Last Name |

1-15-49/355
Street Address

| Dr A S Rao Nagar | TS, INDIA | 500062 |
|---|---|---|
| County, City | State | Zip Code |

| | Srikanth.Officially@gmail.com |
|---|---|
| Telephone Number | Email Address (if available) |

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☑ Yes ☐ No

> If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.